IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: ) | |
| GREGORY B. MYERS, ) | Case No. 15-26033-WIL |
| Debtor. ) | (Chapter 7) |
| ) | |
| ) | |
| GREGORY B. MYERS, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adv. No.: 16-00474 |
| ) | |
| OFFIT KURMAN, P.A., ) | |
| Defendant. ) | |
| ) | |

**MOTION FOR APPROVAL OF PROPOSED COMPROMISE AND SETTLEMENT**

TO THE HONORABLE THOMAS J. CATLIOTA, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Roger Schlossberg, the Chapter 7 Trustee and Plaintiff herein (the "Trustee"), by his undersigned counsel, and in support of the *Motion for Approval of Proposed Compromise and Settlement* hereby respectfully represents as follows:

1. As is set forth in the *Notice of Proposed Compromise and Settlement* with Offit Kurman, P.A. filed contemporaneously herewith (the "*Notice*"), the parties propose to enter into a compromise and settlement. The background of said dispute and the specific terms and conditions of said proposed compromise and settlement are more particularly set forth in said *Notice*. A copy of said *Notice* is attached hereto and incorporated by reference herein as ***Exhibit 1***.

2. Pursuant to the provisions of Bankruptcy Rules 9019 and 2002, the *Notice* has been forwarded to all parties-in-interest herein as appears by reference to the *Certificate of Service* also filed contemporaneously herewith.

3.    If said proposed compromise and settlement is approved by this Court, the parties respectfully submit that this Court should entertain and enter an *Order* in substantially that form attached to the *Notice*.

4.    The parties believe that the above-described proposed compromise and settlement is in the best interests of all parties-in-interest herein and should be approved by the Court.

WHEREFORE, the Trustee respectfully requests that the proposed compromise and settlement be APPROVED.

Respectfully submitted,

SCHLOSSBERG, MASTRO & SCANLAN

By: */s/ Frank J. Mastro*
    Frank J. Mastro #24679
    Roger Schlossberg
    18421 Henson Blvd., Suite 201
    Hagerstown, Maryland 21742
    (301) 739-8610
    (301) 791-6302 fax
    *Attorneys for Trustee*

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY, that on this 20th day of September, 2017, the foregoing *Motion for Approval of Proposed Compromise and Settlement* with Offit Kurman, P.A. and proposed *Order* was served electronically through CM/ECF to those parties listed on the docket as being entitled to such electronic service (Gregory P. Johnson, Esq., Offit Kurman, P.A., 8171 Maple Lawn Blvd., Suite 200, Fulton, MD 20759, gjohnson@offitkurman.com) and by first class mail and email as shown below:

*Via First Class Mail and Electronic Mail*
Gregory B. Myers
700 Gulf Shore Blvd. N.
Naples, FL 34102
(Email:  gregbmyers@verizon.net)

Barbara Ann Kelly
4505 Wetherill Rd.
Bethesda, MD 20816
(Email: bakellymyers@verizon.net)

                                                By:   */s/ Frank J. Mastro*
                                                      Frank J. Mastro